UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| |
GLENN HEGGIE, | Case No. 1:07-cv-1024
| |
Plaintiff, | HONORABLE PAUL L. MALONEY
| |
v. | Magistrate Judge Carmody
| |
GEORGE KUZMA, in individual & official capacities, |
UNKNOWN HEEBSH, in individual & official capacities, |
UNKNOWN HOBBS, in individual & official capacities, |
JASON Y. KIM, in individual & official capacities, |
UNKNOWN SPITTERS, individual & official capacities, |
*et al.*, |
| |
Defendants. |
| |
_____

## **JUDGMENT**

Final judgment is entered in favor of all the defendants and against the plaintiff.

**IT IS SO ORDERED this 1st day of April, 2010.**

                                                         /s/ Paul L. Maloney
                                                         Honorable Paul L. Maloney
                                                         Chief United States District Judge